AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF COLUMBIA**

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

Boost Mobile Cellular Phone serial # (364KGG1YQX)

## APPLICATION AND AFFIDAVIT
## FOR SEARCH WARRANT
CASE NUMBER:

(Further described below)

I _____ William R. McDermott _____ being duly sworn depose and say:

I am a(n) _____ Special Agent for Federal Bureau of Investigation (FBI) _____ and have reason to believe
(Official Title)
that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)

**Boost Mobile Cellular Phone  serial # (364KGG1YQX) , AS FULLY DESCRIBED IN THE
ATTACHED AFFIDAVIT**

concerning a violation of Title _18_ United States Code, Section(s) _§_ 2423. The facts to support a finding of
Probable Cause are as follows:

**SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED
HEREIN**

Continued on the attached sheet and made a part hereof.     ☒ YES     ☐ NO

BRUCE R. HEGYI
Federal Major Crimes Section
(202) 305-9637

Signature of Affiant
WILLIAM R. MCDERMOTT, SPECIAL AGENT
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

_____     at Washington, D.C.
Date

_____     _____
Name and Title of Judicial Officer             Signature of Judicial Officer
AO93(Rev.5/85)Search Warrant